OPINION — AG — QUESTION: "DOES AN OKLAHOMA REPRESENTATIVE IN CONGRESS CONTINUE TO REPRESENT THE CONGRESSIONAL DISTRICT FROM WHICH HE WAS ELECTED IN THE 1966 GENERAL ELECTION, FOR THE REMAINDER OF THE TWO YEAR TERM EVEN THOUGH THE STATE HAS SINCE REDISTRICTED BY SENATE BILL NO. 1 (1ST SESSION, 31ST LEGISLATURE)?" — AFFIRMATIVE CITE: ARTICLE I, SECTION 4, 26 O.S. 1961 1 [26-1] (DALE F. CROWDER)